## CONRAD TEN EYCK
v.
## WILLIAM ROBISON

1811

JOURNAL ENTRIES

1. Rule to declare; continuance . . . . . . *Journal, infra,* *p. 392

PAPERS IN FILE

1. Balance of accounts; verification . . . . . . . .
2. Statement of accounts . . . . . . . . . .